UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

United States of America,

**ORDER**

**20-CR-167 (ALC)**

-against-

Lawrence Bruce,

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The Arraignment scheduled for March 5, 2020 is adjourned to **10:30 a.m.**

**SO ORDERED.**

Dated: New York, New York
March 4, 2020

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-4-20