

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/3/2020__

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2020

**BY ECF / EMAIL**
The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The application is granted.  Status conference adjourned at 6/19/20 at 3:00 p.m.  Time excluded.

**SO ORDERED**.

Re:     *United States v. Lawrence Bruce*, 20 Cr. 167 (ALC)

Dear Judge Carter:

The Government writes with respect to the second pre-trial conference in the above-referenced case, which has been scheduled for April 6, 2020.  On February 19, 2020, the defendant was arrested and presented before the Honorable Barbara Moses, United States Magistrate Judge, and he was detained on consent without prejudice.  On February 28, 2020, a Grand Jury in this District returned a one-Count Indictment against the defendant.  On March 5, 2020, the parties appeared before this Court for the initial pre-trial conference and arraignment, and time was excluded until the next conference, scheduled for April 6, 2020, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

On April 1, 2020, the Government was informed that, per the United States Marshals Service in light of the COVID-19 pandemic, the April 6, 2020 pre-trial conference will need to be adjourned unless the Court submits an Order stating the conference is to go forward, or it is referred to either Magistrate Court or the Part 1 Judge.  After speaking with Your Honor's deputy, Ms. Tara Hunter-Hicks, the parties write to respectfully request a sixty-day adjournment of the April 6, 2020 pre-trial conference, until June 5, 2020.  Additionally, the Government respectfully requests that the time between April 6, 2020 and June 5, 2020 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to (1) produce the remaining discovery and review discovery, and (2) continue to engage in discussions regarding a potential pretrial resolution of this matter.  The Government respectfully submits that the proposed exclusion would be in the interest of justice.  Defense counsel consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
April 3, 2020

By: _____/s/_____
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc:  Jennifer Willis, Esq. (via email)