```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 4, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**UNITED STATES OF AMERICA**   :
:
:
-against-   :   20-CR-167 (ALC)
:
:   **ORDER**
**LAWRENCE BRUCE,**   :
:
Defendants.   :
:
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Bail Hearing set for **May 8, 2020** at **10:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: May 4, 2020**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**