USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/8/20____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------

UNITED STATES

vs.

Lawrence Bruce,

-------------------------------------------------

ORDER

20   CR 167 (ALC)

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Lawrence Bruce, Reg # (65617) -054, be released from custody, subject to previously applicable bail conditions. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

5/8/2020
_____
Date