```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 12, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
    **UNITED STATES OF AMERICA**    :
                                           :
                -against-              :        20-CR-167 (ALC)
                                           :        **ORDER**
    **LAWRENCE BRUCE,**             :
                                 **Defendants.**  :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Conference set for **May 15, 2020** at **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: May 12, 2020**
       **New York, New York**

                                                    */s/ Andrew L. Carter, Jr.*
                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**