```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/15/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

    **UNITED STATES OF AMERICA**      :

          -against-      :    **20-CR-167 (ALC)**

           :    **ORDER**

    **LAWRENCE BRUCE,**      :

          **Defendants.**  :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The June 19, 2020 status conference is adjourned to **July 20, 2020** at **12:30 p.m.**

Accordingly, it is **ORDERED**: the time from June 19, 2020 through July 20, 2020 is excluded in the interest of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated: June 11, 2020**
       **New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**