

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2020

**BY ECF / EMAIL**
The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/16/20

Re: *United States v. Lawrence Bruce*, 20 Cr. 167 (ALC)

Dear Judge Carter:

The Government writes with respect to the second pre-trial conference in the above-referenced case. On February 19, 2020, the defendant was arrested and presented before the Honorable Barbara Moses, United States Magistrate Judge, and he was detained on consent without prejudice. On February 28, 2020, a Grand Jury in this District returned a one-Count Indictment against the defendant. On March 5, 2020, the parties appeared before this Court for the initial pre-trial conference and arraignment. The second pre-trial conference is currently scheduled for July 20, 2020, and time has been excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

From recent discussions with defense counsel, it is the Government's understanding that the defendant intends to enter a plea of guilty at the next conference.

The Government understands that the defendant requests an adjournment of the July 20, 2020 conference to a later date in light of logistical issues posed by the COVID-19 pandemic and the defendant's medical issues. The Government does not object.

The Government respectfully requests that the time between July 20, 2020 and the next conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to continue to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____/s/_____
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

July 16, 2020
Page 2

cc: Jennifer Willis, Esq. (via ECF and email)

> The application is granted. Status Conference adjourned to 10/9/20 at 11:30 a.m. Time excluded.
> So Ordered.
>
> */s/ Andrew L. Carter*  7/16/20