USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED:  *10-1-20*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                                    20 Cr. 167 (ALC)

                                                             **ORDER**


             -against-


Lawrence Bruce,

             Defendants.,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

      The October 9, 2020 status conference is adjourned to **January 28, 2021** at **2:30 p.m.**

      Accordingly, it is ORDERED: the time from October 9, 2020 through January 28, 2021 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).


SO ORDERED.

Dated: New York, New York
       October 1, 2020

                                          _____
                                          ANDREW L. CARTER, JR.
                                          UNITED STATES DISTRICT JUDGE