MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 14, 2020

BY ECF
Honorable Andrew L. Carter, Jr
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse,
40 Foley Square,
New York, New York 10007

Re:   **United States v. Lawrence Bruce**
      20 Cr. 167 (ALC)

Dear Judge Carter,

I respectfully write on behalf of my client, Lawrence Bruce, to request that Mr. Bruce's bail conditions be modified. Mr. Bruce is currently on home incarceration. We would like to modify this condition to home detention, so Mr. Bruce can occasionally leave the house with permission from his Pre-Trial Services officers, Carlos Ramirez or Noah Joseph. Pre-Trial consents to the modification and the government defers to Pre-Trial. Pre-Trial Services has also asked that if this change is approved, the condition of drug testing and treatment be added.

On May 8th, 2020, Your Honor ordered the following bail conditions for Mr. Bruce: $50,000 PRB; 1 FRP; Travel restricted to SDNY/EDNY; Surrender all Travel Documents and make no new applications; Pretrial Supervision as directed by PTS; Electronic Monitoring; Def. not to possess firearm/destructive device/other weapon. Since his release, Mr. Bruce has complied with all the conditions of his release.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
212-417-8743

cc:   All counsel on record (ECF)
      Carlos Ramirez (PTSO)

The application is ✓ granted.
                   ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: October 16, 2020
       NY, New York