**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                 **Plaintiff,**

          -against-

**LAWRENCE BRUCE,**

                **Defendant.**

-------------------------------------------------------------------- x

**20-CR-167 (ALC)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/4/21

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Change of Plea Hearing is set for **March 5, 2021** at **10:00 a.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     **New York, New York**
                **March 4, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**