MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

March 11, 2020

BY ECF
Honorable Andrew L. Carter, Jr
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse,
40 Foley Square,
New York, New York 10007

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-11-21

Re: **United States v. Lawrence Bruce**
20 Cr. 167 (ALC)

Dear Judge Carter,

I respectfully write on behalf of my client, Lawrence Bruce, to request that Mr. Bruce's bail conditions be modified. Mr. Bruce is currently on home detention. We would like to modify this condition to a curfew, primarily so that Mr. Bruce can more frequently spend time with his daughter who lives in Queens. Pre-Trial has no onjection to the modification and the government defers to Pre-Trial.

On May 8th, 2020, Your Honor ordered the following bail conditions for Mr. Bruce: $50,000 PRB; 1 FRP; Travel restricted to SDNY/EDNY; Surrender all Travel Documents and make no new applications; Pretrial Supervision as directed by PTS; Electronic Monitoring; Def. not to possess firearm/destructive device/other weapon. Mr. Bruce's monitoring was modified from home incarceration to home detention on October 16, 2020.

Since his release, Mr. Bruce has complied with all the conditions of his release.

The application is ✓ granted.
___ denied.

[signature]
Andrew L. Carter Jr, U.S.D.J.
Dated: March 11, 2021
NY, New York

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
212-417-8743

cc: All counsel on record (ECF)
Mohammed Ahmed (PTSO)