USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-2-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                **ORDER**
                                20-CR-167 (ALC)

-against-

Lawrence Bruce,
-----------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

    The sentencing scheduled for July 9, 2021 is adjourned to **July 15, 2021** at **12:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       July 2, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**